**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JERRY HART**                                                                                   **PLAINTIFF**

**V.**                                        **3:09CV00222 WRW**

**SHARON BEASLEY**                                                                      **DEFENDANT**

## JUDGMENT

According to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of January 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE